231 F.3d 520 (9th Cir. 2000)
 LATRELL F. SPREWELL, Plaintiff-Appellant,
v.
GOLDEN STATE WARRIORS; NATIONAL BASKETBALL ASSOCIATION, Defendants-Appellees.
LATRELL F. SPREWELL, Plaintiff,
and
ROBERT THOMPSON, JR.; GORDON J. ROSE; STEPHEN G. WEIZENECKER; THOMPSON & ASSOCIATES; ROBERT A. GIST; PAUL F. UTRECHT; GIST, KENNEDY & ASSOCIATES, Appellants,
v.
GOLDEN STATE WARRIORS; NATIONAL BASKETBALL ASSOCIATION, Defendants-Appellees.
 No. 99-15602 No. 99-17186
 UNITED STATES COURT OF APPEALS FOR THE NINTH CIRCUIT
 Argued and Submitted October 4, 2000
Filed November 7, 2000
 
 1
 NOTE: THE COURT HAS WITHDRAWN THIS OPINION. SEE OPINION AT 266 F.3d 979